NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA CARLTON BELL,                     )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-1397
                                         )
JEANINE KATHERINE BELL,                  )
                                         )
          Appellee.                      )
                                         )
_____)

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

Joshua Carlton Bell, pro se.

Jeanine Katherine Bell, pro se.

PER CURIAM.

          Affirmed.

CASANUEVA, VILLANTI, and CRENSHAW, JJ., Concur.